IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN LESSLEY,

        Petitioner,

    v.

JEAN HILL,

        Respondent.

Civil No. 05-411-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's letter requesting his petition not be filed is construed as a request for voluntary dismissal. So construed, the request (#12) is GRANTED, and this action is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __20th__ day of April, 2005.


                /s/ Anna J. Brown
                ANNA J. BROWN
                United States District Judge